AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Richard McBride, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-14275 |
| Kline Construction Co., Inc., etal. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Richard McBride, et al

Date: 06/26/2019

*Attorney's signature*

Frank R. Schirripa FS1960
*Printed name and bar number*

Hach Rose Schirripa & Cheverie LLP
112 Madison Ave, 10th Floor
New York, NY 10016

*Address*

fschirripa@hrsclaw.com
*E-mail address*

(212) 213-8311
*Telephone number*

(212) 779-0028
*FAX number*