**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

MCBRIDE et al,

                              CIVIL NO:  1:19-cv-14275-NLH-JS

v.

KLINE CONTRUCTION COMPANY,           CIVIL ACTION
INC., ET AL

       Defendant(s)


                            **NOTICE OF APPEARANCE**


**TO:  THE CLERK OF THE ABOVE NAME COURT**

      **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above-titled action on behalf of the Plaintiffs.

                         OPTIMUM LAW GROUP

                         *Joseph D. Lento*

By:_____
    JOSEPH LENTO, ESQUIRE
    Optimum Law Group, P.C.
    3000 Atrium Way, Suite 200
    Mount Laurel, NJ 08054
    (T) 856-652-2000
    (F) 856-375-1010
    jdlento@optimumlawgroup.com


Dated:  AUGUST 15, 2019