## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 6-27-19  8:32am |
| NAME OF SERVER (PRINT) John E Groff Sr. | TITLE Process Server |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: 240 Waveland Ave Galloway, NJ 08205

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: J. Edward Kline

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-27-19
        Date

John E. Groff, Sr.

1721 49th Street
Address of Server
Pennsauken, NJ 08110

J. Edward Kline
240 Waveland Avenue
Galloway, NJ 08205