**FOX ROTHSCHILD LLP**
(Formed in the Commonwealth of Pennsylvania)
Michael J. Viscount, Jr., Esq.
Martha B. Chovanes, Esq.
1301 Atlantic Avenue, Suite 400
Midtown Building
Atlantic City, NJ 08401
(609) 348-4515/(609) 348-6834 (fax)
mviscount@foxrothschild.com
mchovanes@foxrothschild.com

*Proposed Counsel to the Debtor and*
*Debtor in Possession*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD MCBRIDE, JOHN BEVERLY, VICTOR LAMSON, DONALD TAYLOR, RYAN FENNAL, MICHAEL VENEZIALE, THOMAS MONZO, MANUEL MARTINEZ, DANIEL MITCHELL, KEVIN CUNNINGHAM, JUAN LOPEZ, WAYNE GROVE, WILLIAM NEWNAM, JR., and RYAN SHORT,<br><br>                Plaintiffs,<br><br>v<br><br>KLINE CONSTRUCTION CO., INC., KLINE CONSTRUCTION CO., INC. 401(K) PLAN, KATHERINE KLINE-PENATE, J. EDWARD KLINE, and ROBERT MILLER,<br><br>                Defendants. | Civil Action No. 19-cv-14275<br><br><br><br><br><br><br><br><br><br><br>**SUGGESTION OF BANKRUPTCY FOR <u>KLINE CONSTRUCTION CO., INC.</u>** |

**PLEASE TAKE NOTICE** that on August 14, 2019, a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") was filed in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), by Kline Construction Co., Inc., as debtor and debtor in possession (the "Debtor"), and assigned case no. 19-25752 (the "Chapter 11 Case").

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, the Debtor's commencement of the Chapter 11 Case operates as an automatic stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtor, including the above-captioned case against the Debtor; (b) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estate, of a judgment obtained before the commencement of the Debtor's Chapter 11 Case; or (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate.  Any such action taken without prior entry of an order by the Bankruptcy Court modifying the automatic stay for that specific action is void and may subject the party to sanctions.

Dated:  August 21, 2019            */s/  Michael J. Viscount*
                                   Michael J. Viscount, Jr., Esquire
                                   Martha B. Chovanes, Esquire
                                   **FOX ROTHSCHILD LLP**
                                   Midtown Building, Suite 400
                                   1301 Atlantic Avenue
                                   Atlantic City, New Jersey  08401
                                   609-348-4515  (FAX) 609-348-6834
                                   Email:  mviscount@foxrothschild.com
                                   Email:  mchovanes@foxrothschild.com

Active\101305385.v1-8/21/19