IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

RICHARD MCBRIDE, JOHN BEVERLY,
VICTOR LAMSON, DONALD TAYLOR, RYAN
FENNAL, MICHAEL VENEZIALE, THOMAS
MONZO, MANUEL MARTINEZ, DANIEL
MITCHELL, KEVIN CUNNINGHAM, JUAN
LOPEZ, WAYNE GROVE, WILLIAM
NEWNAM, JR., and RYAN SHORT,

Civil No. 19-14275 (NLH/JS)

                    Plaintiffs,

        v.

KLINE CONSTRUCTION CO., INC.,
KLINE CONSTRUCTION CO., INC.
401(K) PLAN, KATHERINE KLINE-
PENATE, J. EDWARD KLINE, and
ROBERT MILLER,

                    Defendants

**ORDER OF ADMINISTRATIVE TERMINATION WITHOUT PREJUDICE**

    The Court having received notice that defendant Kline Construction Co., Inc. filed a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court, Case No. 19-25757-JNP; and the filing of this voluntary petition operating as a stay under 11 U.S.C. §362(a); and good cause existing for the entry of this Order,

    IT IS HEREBY ORDERED this 27th day of August, 2019, that this matter is administratively terminated, without prejudice to the right of the parties to reopen the proceedings for good cause shown, without costs.

                            s/ Joel Schneider
                            JOEL SCHNEIDER
                            United States Magistrate Judge