IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| RICHARD MCBRIDE, JOHN BEVERLY, VICTOR LAMSON, DONALD TAYLOR, RYAN FENNAL, MICHAEL VENEZIALE, THOMAS MONZO, MANUEL MARTINEZ, DANIEL MITCHELL, KEVIN CUNNINGHAM, JUAN LOPEZ, WAYNE GROVE, WILLIAM NEWNAM, JR., and RYAN SHORT,<br><br>                Plaintiffs,<br>    v.<br><br>KLINE CONSTRUCTION CO., INC., KLINE CONSTRUCTION CO., INC. 401(K) PLAN, KATHERINE KLINE-PENATE, J. EDWARD KLINE, and ROBERT MILLER,<br><br>                Defendants | Civil No. 19-14275 (NLH/JS) |

**AMENDED SCHEDULING ORDER**

IT IS this **9th** day of **October, 2019**, hereby **ORDERED**:

1. The telephone status conference currently scheduled for October 16, 2019 is hereby rescheduled to **October 31, 2019 at 11:00 a.m. Counsel for plaintiff shall initiate the telephone call, as originally Ordered.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER Fed. R. Civ. P. 16(f).**

                                      s/ Joel Schneider
                                      JOEL SCHNEIDER
                                      United States Magistrate Judge