AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

| | |
|---|---|
| Richard McBride, et al | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-CV-14275-NLH-JS |
| Robert Miller, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert Miller

Date: 10/21/2019

*Attorney's signature*

Thomas G. Smith (009471988)
*Printed name and bar number*
Law Offices of Thomas G. Smith, PC
2312 New Road, Suite 201
Northfield, New Jersey 08225

*Address*

thomas@thomasgsmithlaw.com
*E-mail address*

(609) 241-1296
*Telephone number*

(609) 377-5852
*FAX number*