# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD MCBRIDE, JOHN BEVERLY, VICTOR LAMSON, DONALD TAYLOR, RYAN FENNAL, MICHAEL VENEZIALE, THOMAS MONZO, MANUEL MARTINEZ, DANIEL MITCHELL, KEVIN CUNNINGHAM, JUAN LOPEZ, WAYNE GROVE, WILLIAM NEWNAM, JR., and RYAN SHORT,<br><br>                  Plaintiffs<br><br>        v.<br><br>KLINE CONSTRUCTION CO., INC., KLINE CONSTRUCTION CO., INC. 401(K) PLAN, KATHERINE KLINE-PENATE, J. EDWARD KLINE, and ROBERT MILLER,<br><br>                  Defendants. | **Civil Action No.: 1:19-cv-14275-NLH-JS**<br><br><br><br>**JURY TRIAL DEMANDED**<br><br><br><br>**CERTIFICATION OF SERVICE** |

      I hereby certify that on this date, I caused a copy of the Motion for *Pro Hac Vice* Admission of Mark B. Sheppard to be filed and served on the below counsel of record by CM/ECF and electronic mail:

| | |
|---|---|
| Frank R. Schirripa<br>John A. Blyth<br>HACH ROSE SCHIRRIPA & CHEVERIE LLP<br>112 Madison Avenue, 10th Floor<br>New York, New York 10016 | Joseph D. Lento<br>OPTIMUM LAW GROUP<br>300 Atrium Way<br>Suite 200<br>Mt. Laurel, NJ 08054 |

| | |
|---|---|
| Dated: October 30, 2019 | By: /s/ Carol Ann Slocum<br>Carol Ann Slocum<br>Klehr Harrison Harvey Branzburg LLP<br>10000 Lincoln Drive East, Suite 201<br>Marlton, NJ 08053<br>Ph: (856) 486-6961<br>Fax: (856) 486-4875<br>Email: cslocum@klehr.com |