Carol Ann Slocum, Esquire
Mark B. Sheppard, Esquire (*pro hac vice* admission pending)
James A. Petkun, Esquire (*pro hac vice* admission pending)
**Klehr Harrison Harvey Branzburg LLP**
10000 Lincoln Drive East, Suite 201
Marlton, NJ 08053
Phone: (856) 486-7900
Fax: (856) 486-4875
cslocum@klehr.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD MCBRIDE, JOHN BEVERLY, VICTOR LAMSON, DONALD TAYLOR, RYAN FENNAL, MICHAEL VENEZIALE, THOMAS MONZO, MANUEL MARTINEZ, DANIEL MITCHELL, KEVIN CUNNINGHAM, JUAN LOPEZ, WAYNE GROVE, WILLIAM NEWNAM, JR., and RYAN SHORT,<br><br>Plaintiffs<br><br>v.<br><br>KLINE CONSTRUCTION CO., INC., KLINE CONSTRUCTION CO., INC. 401(K) PLAN, KATHERINE KLINE-PENATE, J. EDWARD KLINE, and ROBERT MILLER,<br><br>Defendants. | Civil Action No.: 1:19-cv-14275-NLH-JS<br><br><br><br>**JURY TRIAL DEMANDED**<br><br><br><br>**NOTICE OF MOTION FOR AN ORDER GRANTING PRO HAC VICE ADMISSION OF JAMES A. PETKUN, ESQ.** |

TO:    Frank R. Schirripa
        John A. Blyth
        HACH ROSE SCHIRRIPA & CHEVERIE LLP
        112 Madison Avenue, 10th Floor
        New York, New York 10016

        Joseph D. Lento
        OPTIMUM LAW GROUP
        300 Atrium Way
        Suite 200
        Mt. Laurel, NJ 08054

Counsel for Plaintiff

**PLEASE TAKE NOTICE** that the undersigned attorneys for Defendants J. Edward Kline and Katherine M. Kline-Penate will move before this Honorable Court for entry of an Order granting the admission of attorney, James A. Petkun, as *pro hac vice* counsel in this action.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants shall rely on the accompanying Certification of Carol Ann Slocum and the Certification of James A. Petkun.  We submit this motion for disposition on the papers, and without oral argument, pursuant to Fed. R. Civ. P. 78 and L. Civil R. 78.1.  A proposed Order is enclosed.

| | |
|---|---|
| Dated:  October 30, 2019 | By: /s/ Carol Ann Slocum<br>Carol Ann Slocum<br>Klehr Harrison Harvey Branzburg LLP<br>10000 Lincoln Drive East, Suite 201<br>Marlton, NJ  08053<br>Ph: (856) 486-6961<br>Fax: (856) 486-4875<br>Email: cslocum@klehr.com |

PHIL1 8316145v.1