## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD MCBRIDE, JOHN BEVERLY, VICTOR LAMSON, DONALD TAYLOR, RYAN FENNAL, MICHAEL VENEZIALE, THOMAS MONZO, MANUEL MARTINEZ, DANIEL MITCHELL, KEVIN CUNNINGHAM, JUAN LOPEZ, WAYNE GROVE, WILLIAM NEWNAM, JR., and RYAN SHORT, <br><br>                    Plaintiffs <br><br> v. <br><br> KLINE CONSTRUCTION CO., INC., KLINE CONSTRUCTION CO., INC. 401(K) PLAN, KATHERINE KLINE-PENATE, J. EDWARD KLINE, and ROBERT MILLER, <br><br>                    Defendants. | Civil Action No.: 1:19-cv-14275-NLH-JS <br><br><br> **JURY TRIAL DEMANDED** <br><br><br> **CERTIFICATION OF SERVICE** |

I hereby certify that on this date, I caused a copy of the Motion for *Pro Hac Vice* Admission of James A. Petkun to be filed and served on the below counsel of record by CM/ECF and electronic mail:

| | |
|---|---|
| Frank R. Schirripa <br> John A. Blyth <br> HACH ROSE SCHIRRIPA & CHEVERIE LLP <br> 112 Madison Avenue, 10th Floor <br> New York, New York 10016 | Joseph D. Lento <br> OPTIMUM LAW GROUP <br> 300 Atrium Way <br> Suite 200 <br> Mt. Laurel, NJ 08054 |

Dated: October 30, 2019

By: /s/ Carol Ann Slocum
Carol Ann Slocum
Klehr Harrison Harvey Branzburg LLP
10000 Lincoln Drive East, Suite 201
Marlton, NJ  08053
Ph: (856) 486-6961
Fax: (856) 486-4875
Email: cslocum@klehr.com

PHIL1 8316365v.1