```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | |
|---|---|
| RICHARD MCBRIDE, JOHN BEVERLY, VICTOR LAMSON, DONALD TAYLOR, RYAN FENNAL, MICHAEL VENEZIALE, THOMAS MONZO, MANUEL MARTINEZ, DANIEL MITCHELL, KEVIN CUNNINGHAM, JUAN LOPEZ, WAYNE GROVE, WILLIAM NEWNAM, JR., and RYAN SHORT,<br><br>                Plaintiffs,<br>    v.<br><br>KLINE CONSTRUCTION CO., INC., KLINE CONSTRUCTION CO., INC. 401(K) PLAN, KATHERINE KLINE-PENATE, J. EDWARD KLINE, and ROBERT MILLER,<br>                Defendants | Civil No. 19-14275 (NLH/JS) |

## AMENDED SCHEDULING ORDER

IT IS this **1st** day of **November, 2019**, hereby **ORDERED**:

1. By **November 15, 2019**, plaintiffs' letter brief regarding the stay issue shall be served. By **December 6, 2019**, defendants' response(s) shall be served.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                        s/ Joel Schneider
                                        JOEL SCHNEIDER
                                        United States Magistrate Judge