

**KLEHR HARRISON
HARVEY BRANZBURG**LLP

Carol Ann Slocum
Admitted in Pennsylvania & New Jersey
Direct Dial: 856.486.6961
Email: cslocum@klehr.com

December 19, 2019

**VIA E-FILING**
Magistrate Judge Joel Schneider
United States District Court
District of New Jersey
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Streets, Courtroom 3C
Camden, NJ 08101

    Re:    Richard McBride, et al. v. Kline Construction Co., Inc.
           Case No.:  1:19-cv-14275-NLH-JS

Dear Judge Schneider:

    We represent the individual defendants Edward Kline and Katherine Kline-Penate. On December 9 and 10, we filed pleadings in support of the request for a stay of the proceedings due to the chapter 11 bankruptcy proceedings of Kline Construction Co., Inc. At that time, Kline had retained an investment broker and was proceeding with a sale process. Today, I was advised by counsel for Kline Construction Co., Inc. that the company was unable to reach an agreement with its secured lenders for the continued use of cash collateral necessary to continue operations and finalize the sale process. As a result, the company made an oral motion to the bankruptcy court to convert the case to a chapter 7. It is my understanding from the docket entry that the case will be converted effective December 23, 2019. I bring this to the attention of the court and Plaintiff's counsel since certain representations in the pleadings and certifications regarding the sale process are no longer applicable.

                                      Respectfully submitted,

                                      /s/ Carol Ann Slocum
                                      Carol Ann Slocum

CAS/lac
cc:    (all by e-mail)
        Frank R. Schirripa, Esquire @ fschirripa@hrsclaw.com
        John A. Blyth, Esquire @ jblyth@hrsclaw.com
        Joseph D. Lento, Esquire @ JdLento@optimumlawgroup.com
        Thomas G. Smith, Esquire @ thomas@thomasgsmithlaw.com

PHIL1 8576030v.1