IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| RICHARD MCBRIDE, JOHN BEVERLY, VICTOR LAMSON, DONALD TAYLOR, RYAN FENNAL, MICHAEL VENEZIALE, THOMAS MONZO, MANUEL MARTINEZ, DANIEL MITCHELL, KEVIN CUNNINGHAM, JUAN LOPEZ, WAYNE GROVE, WILLIAM NEWNAM, JR., and RYAN SHORT,<br><br>          Plaintiffs,<br>   v.<br><br>KLINE CONSTRUCTION CO., INC., KLINE CONSTRUCTION CO., INC. 401(K) PLAN, KATHERINE KLINE-PENATE, J. EDWARD KLINE, and ROBERT MILLER,<br><br>          Defendants | Civil No. 19-14275 (NLH/JS) |

**AMENDED SCHEDULING ORDER**

It is this **3rd** day of **March, 2020**, hereby **ORDERED**:

1. Oral argument on the "stay" issue in dispute will be held on **April 8, 2020 at 3:00 p.m. in Courtroom 3C.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                      s/ Joel Schneider
                                      JOEL SCHNEIDER
                                      United States Magistrate Judge