UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Richard McBride, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>Kline Construction Co., Inc., et al.<br><br>Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 1:19-cv-14275-NLH-JS |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Carol Ann Slocum
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: James A. Petkun

Address: Klehr Harrison Harvey Branzburg, LLP
1835 Market Street
Philadelphia, PA 19106

E-mail: jpetkun@klehr.com
(One email address only)