

Carol Ann Slocum
Direct Dial: (856) 486-6961
Email: cslocum@klehr.com

April 3, 2020

**VIA ELECTRONIC FILING**
Magistrate Judge Joel Schneider
United States District Court
District of New Jersey
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Streets, Courtroom 3C
Camden, NJ 08101

    Re:    **Richard McBride, et al. v. Kline Construction Co., Inc.**
             **Case No.: 1:19-cv-14275-NLH-JS**
             **Telephonic Hearing Scheduled for April 8, 2020**

Dear Judge Schneider:

      We represent the individual defendants Edward Kline and Katherine Kline Penate in this case. Ms. Penate filed a chapter 7 voluntary bankruptcy in the United States Bankruptcy Court for the District of New Jersey on February 19, 2020, Case No. 20-12777. I am advised by bankruptcy counsel for Mr. Kline that he is expected to file a bankruptcy case in the next several days, when original signatures are delivered. Considering the automatic stay of proceeding against Ms. Penate and the imminent bankruptcy filing by Mr. Kline, I am requesting a brief adjournment as to Mr. Kline.

      Your Honor's consideration of this request is appreciated.

                                              Respectfully yours,

                                              /s/ Carol Ann Slocum
CAS/lac                                Carol Ann Slocum
cc:    (all by e-mail)
        Frank R. Schirripa, Esquire @ fschirripa@hrsclaw.com
        John A. Blyth, Esquire @ jblyth@hrsclaw.com
        Joseph D. Lento, Esquire @ JdLento@optimumlawgroup.com
        Thomas G. Smith, Esquire @ thomas@thomasgsmithlaw.com

10000 LINCOLN DRIVE EAST | SUITE 201 | MARLTON, NJ 08053 | t 856.486.7900 | f 856.486.4875 | www.klehr.com
PENNSYLVANIA | NEW JERSEY | DELAWARE

PHIL1 8794891v.1