

Carol Ann Slocum
Direct Dial: (856) 486-6961
Email: cslocum@klehr.com

May 8, 2020

**VIA ELECTRONIC FILING**
Magistrate Judge Joel Schneider
United States District Court
District of New Jersey
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Streets, Courtroom 3C
Camden, NJ 08101

  Re: **Richard McBride, et al. v. Kline Construction Co., Inc.**
     **Case No.: 1:19-cv-14275-NLH-JS**
     <u>**Telephonic Hearing Scheduled for May 22, 2020 at 2:00 p.m.**</u>

Dear Judge Schneider:

  We represent the individual defendants Edward Kline and Katherine Kline Penate in this case. Edward Kline filed a chapter 7 voluntary bankruptcy in the United States Bankruptcy Court for the District of New Jersey on April 29, 2020, Case No. 20-15953. In light of the automatic stay due to the bankruptcy proceedings of both Mr. Kline and Ms. Penate, we respectfully request that this matter be administratively dismissed and the hearing for May 22, 2020 cancelled.

  Your Honor's consideration of this request is appreciated.

              Respectfully yours,

              /s/ Carol Ann Slocum
CAS/lac            Carol Ann Slocum
cc: (all by e-mail)
   Frank R. Schirripa, Esquire @ fschirripa@hrsclaw.com
   John A. Blyth, Esquire @ jblyth@hrsclaw.com
   Joseph D. Lento, Esquire @ JdLento@optimumlawgroup.com
   Thomas G. Smith, Esquire @ thomas@thomasgsmithlaw.com

10000 LINCOLN DRIVE EAST | SUITE 201 | MARLTON, NJ 08053 | t 856.486.7900 | f 856.486.4875 | www.klehr.com
PENNSYLVANIA | NEW JERSEY | DELAWARE

PHIL1 8855140v.1